UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 07-80185 CIV-RYSKAMP/VITUNAC

PROVIDE COMMERCE, INC.,
a Delaware corporation,

       Plaintiff,

-vs-

PREFERRED COMMERCE, INC.,
a Delaware corporation,

       Defendant.
_____/

## VERDICT

We, the jury in the above-titled action:

1) Do you find by a preponderance of the evidence that there is a likelihood of confusion between the Preferred Commerce trade name and the Provide Commerce trade name?

    Yes ___   No _✓_

If your answer to No. 1 is "Yes," then answer No. 2.

2) Did Defendant engage in willful conduct with respect to its adoption and use of the Preferred Commerce trade name?

    Yes ___   No ___

Please sign and date the Verdict form, and return it to the Courtroom.

SO SAY WE ALL, this _24_ day of April, 2008.

_David Walker_                           _[signature]_
Printed Name of Foreperson          Foreperson