UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 07-80185 CIV-RYSKAMP/VITUNAC

PROVIDE COMMERCE, INC.,

a Delaware corporation,

       Plaintiff,

  v.

PREFERRED COMMERCE, INC.,

a Delaware corporation,

       Defendant.

_____/

**FINAL JUDGMENT AND ORDER CLOSING CASE**

      The jury having found in favor of defendant and against plaintiff, this Court hereby

ORDERS AND ADJUDGES that FINAL JUDGMENT IS HEREBY ENTERED in favor of defendant and against plaintiff. The Clerk of the Court shall CLOSE this case and DENY any pending motions as MOOT.

      DONE AND ORDERED in Chambers at West Palm Beach, Florida, this 24 day of April, 2008.

                                               /s/ Kenneth L. Ryskamp
                                             KENNETH L. RYSKAMP
                                             UNITED STATES DISTRICT JUDGE

Copies provided:
All counsel of record